1  Monica Perales
   Attorney at Law: 297739
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   MARK ALLEN HOWELL
6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11

12  MARK ALLEN HOWELL                )  Case No.:  2:18-cv-01408-CKD
                                     )
13           Plaintiff,              )  STIPULATION & ORDER TO
    v.                               )  EXTEND TIME TO FILE OPENING
                                     )  BRIEF
14  NANCY A. BERRYHILL,              )
    Acting Commissioner of Social    )  (FIRST REQUEST)
15  Security,                        )
                                     )
16                                   )
                                     )
17           Defendant.              )
    _____ )

18

19         Plaintiff Mark Allen Howell and Defendant Nancy A. Berryhill, Acting

20  Commissioner of Social Security, through their undersigned attorneys, stipulate,

21  subject to this court's approval, to extend the time by from October 26, 2018 to

22  November 26, 2018 for Plaintiff to file an Opening Brief, with all other dates in the

23  Court's scheduling order extended accordingly. This is Plaintiff's first

24  ///

25  ///

26

                                    -1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel's mother has had the first of three kidney surgeries since July 17, 2018. Counsel has taken additional time to place all her mother's personal and financial matters in order.

This is not an ordinary circumstance for Counsel and Counsel sincerely apologizes to the Court for any inconvenience this may have cause. Counsel's firm has hired another associate to help Counsel during this difficult time.

DATE: October 26, 2018          Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Monica Perales*

BY: _____
Monica Perales
Attorney for plaintiff Mr. Mark Allen Howell

DATE:  October 26. 2018

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Francesco Benavides*

BY: _____
Francesco Benavides
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

Dated:  November 1, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE